# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTWONE STOKES,

     Plaintiff,

   v.

J. LOPEZ,

     Defendant.

Case No.  1:24-cv-01280-CDB

ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

**THIRTY-DAY DEADLINE**

On May 8, 2026, a settlement conference was conducted before the undersigned in Stokes v. Cheek, et al., No. 1:24-cv-00691-FJS (E.D. Cal.), where the parties also reached a settlement agreement in this matter.

Accordingly, the Court will vacate all dates and order the parties to file dispositional documents within thirty days.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

2.    The parties shall file dispositional documents within **thirty (30) days** of entry of this order.  Any request for an extension must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:  __**May 8, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge